# PD-0609-15

No. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 18 2015
Abel Acosta, Clerk

Court of Appeals No. 05-13-01562-CR

Trial Court No. F1262912-Q

| | | |
|---|---|---|
| PAUL ANGELO ESCOBAR, | * | IN THE COURT OF |
| Petitioner | * | CRIMINAL APPEALS |
| VS. | * | OF TEXAS |
| STATE OF TEXAS, | * | IN |
| Respondent | * | AUSTIN, TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS
MAY 22 2015
Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME

## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, the Petitioner in the above-styled and numbered cause, and moves the Court to extend the time for filing the Petition for Discretionary Review, and in accordance with the appellate rules, submits the following facts:

1. Trial Court: 204TH Judicial District Court

2. Date of appealable order: 10-11-13

3. Trial Court Cause number: F12-62912-Q

4. Paul Angelo Escobar vs. State of Texas

5. Offense for which Appellant was convicted: Aggravated Robbery

6. Punishment assessed: 20y

7. Date Motion for New Trial filed: 10-29-13

8. Date Notice of Appeal filed: 10-29-13

9. Fifth District Court of Appeals, Dallas, Texas

10. Appellate no. 05-13-01562-CR; Paul Angelo Escobar

11. Date of appellate opinion and judgment: March 10, 2015

12. Deadline for filing petition for discretionary review: April 9, 2015

13. Length of time requested for the extension: 30 days

14. The number of extensions of time which have been granted previously regarding this item: 0

15. The facts relied upon to reasonably explain the need for an extension:

a. Counsel timely mailed a copy of the opinion and explanation of appellate rights to Appellant by certified mail. However, it was returned to counsel unclaimed on today's date, March 24, 2015, apparently because Appellant was transferred to a different unit. Counsel has now resent the opinion and explanation of appellate rights but due to the delay, Appellant needs additional time to prepare a petition for discretionary review.

WHEREFORE, PREMISES CONSIDERED, the Petitioner prays that

this Honorable Court will extend the time within which to file the petition

for discretionary review.

Respectfully submitted,

Paul Angelo Escobar
No. 1892438
Torres Unit
125 Private Road 4303
Hondo, Texas 78861
*Pro se* Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served on the Appellate

Section, Dallas County District Attorney's Office, 133 N. Riverfront Blvd.,

LB 19, Dallas, Texas 75207, by placing it in the U.S. mail on

_____5/13/15_____ .

_____Paul Escobar_____
Petitioner